11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Darrell Henderson,

Vs. No. 11-11-00015-CR

State of Texas,

* From the 272nd District
Court of Brazos County,
Trial Court No. 10-03632-CRF.

* January 31, 2013

* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.